UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY RAMON MCALISTER, 491966,<br>  Plaintiff,<br>    v.<br>SAN FRANCISCO POLICE DEP'T, et al.,<br>  Defendant(s). | Case No. 16-cv-06120-CRB  (PR)<br><br>**JUDGMENT** |

For the reasons set forth in the accompanying order granting defendants' motion for summary judgment, judgment is entered in favor of defendants and against plaintiff.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: March 16, 2018

CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY RAMON MCALISTER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAN FRANCISCO POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case No. 3:16-cv-06120-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 16, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Troy Ramon McAlister ID: #491966
San Francisco County Jail #5
1 Moreland Drvie
San Bruno, CA 94066

Dated: March 16, 2018

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By: /s/ L. Scott
　　　　　　　　　　　　　　　　　　Lashanda Scott, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable CHARLES R. BREYER

2